# JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca,<br><br>    Plaintiff,<br><br>    v.<br><br>Thrifty Payless, Inc. dba Rite Aid #05695; Foothill Shopping Center, LP,<br><br>    Defendants. | Case No. EDCV14-00473 JGB (SPx)<br><br>**Order re: Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Michael Rocca and defendant Thrifty Payless, Inc. dba Rite Aid #05695,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:  September 17, 2014

_____
United States District Judge